■ In the Matter of MARJORIE T. JORDAN v. ROBERT E. HERMAN.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ CARMINE PETRELLO, Appellant, v. HELEN EISENSTEIN et al., Respondents.— Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ CITY OF NEW YORK, Respondent, v. TOWN OF COLCHESTER et al., Appellants, et al., Defendants.— Order entered on February 17, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ. [28 Misc 2d 426.]

■ FLYING EAGLE PUBLICATIONS, INC., Respondent, v. SCREEN GEMS, INC., Appellant.— Order entered on August 10, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ UNITED STATES PLYWOOD CORPORATION, Plaintiff, v. AMERICAN REVOLVING DOOR CO., INC., Respondent, and NADEL BAXENDALE, INC., et al., Appellants.— Order entered on January 18, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of NATHAN LEWIS et al., Respondents, v. UNITED INDUSTRIAL SYNDICATE, INC., Appellant. In the Matter of NORTE & Co. et al., Respondents, v. UNITED INDUSTRIAL SYNDICATE, INC., Appellant. In the Matter of WOODBANK MILLS, INC., et al., Respondents, v. UNITED INDUSTRIAL SYNDICATE, INC., Appellant.— Order entered on April 19, 1962 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ A & B HOME IMPROVEMENT CORPORATION v. HYMAN ARTZ.— Motion to dispense with printing granted only insofar as to dispense with the printing in the record on appeal of exhibits as described in the supporting affidavit on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. In all other respects the motion is denied. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ KATIE PIERRI et al. v. SAMUEL J. PIERRI et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for September 1962 Term of this court, said appeal to be argued or submitted when reached. The appellant is also required to furnish the necessary and proper undertakings and security for costs if it has not been furnished heretofore. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. DEXTER BISHOP CO., INC. (B) THE PEOPLE OF THE STATE OF NEW YORK v. CARLOS DUVAL. (C) THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE FANGI. (D) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS ROMAN.— [*In each action*] Motion to dismiss appeal granted. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL KANE.— Enlargements of time granted. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.